MARY C. MIDDENDORF, as Administratrix, etc., of FRANK X. MIDDENDORF,

Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.